AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

ALISON MYERS

CASE NUMBER: 08CV3619

JUDGE HART

V.

ASSIGNED JUDGE: MAGISTRATE JUDGE KEYS

BP AMERICA, INC., a Delaware corporation, BP PRODUCTS NORTH AMERICA, INC., a Maryland corporation

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

BP AMERICA, INC.
c/o CT Corporation System
208 S LaSalle St, Ste 814
Chicago, IL 60601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOSEPH L. KISH
SYNERGY LAW GROUP, LLC
730 W RANDOLPH, 6TH FLOOR
CHICAGO, IL 60661
(312) 454-0015

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

J. Cervantes
-----------------------------
(By) DEPUTY CLERK



June 25, 2008
-----------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6-25-08 |
| NAME OF SERVER (PRINT) SERGIO HERNANDEZ | TITLE MESSENGER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: CT Corporation System
208 S LaSalle St, Ste 814 Chicago IL 60601

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6-25-08
Date

Signature of Server [signature]

Address of Server 2516 GRAND AVE.
CHICAGO, IL 60612

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.