AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

ALISON MYERS

| | |
|---|---|
| CASE NUMBER: | 08CV3619 |
| ASSIGNED JUDGE: | JUDGE HART |
| | MAGISTRATE JUDGE KEYS |
| DESIGNATED MAGISTRATE JUDGE: | |

V.

BP AMERICA, INC., a Delaware corporation, BP PRODUCTS NORTH AMERICA, INC., a Maryland corporation

TO: (Name and address of Defendant)

BP PRODUCTS NORTH AMERICA, INC.
c/o Prentice Hall Corporation
33 N LaSalle St
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOSEPH L. KISH
SYNERGY LAW GROUP, LLC
730 W RANDOLPH, 6TH FLOOR
CHICAGO, IL 60661
(312) 454-0015

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

J. Cervantes

(By) DEPUTY CLERK

June 25, 2008

Date



AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6-25-08 |
| NAME OF SERVER (PRINT) SERGIO HERNANDEZ | TITLE MESSENGER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Prentice Hall Corp
33 N LaSalle St     Chicago IL 60602

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6-25-08
Date

Signature of Server

Address of Server: 2512 W. GRAND
CHICAGO, IL 60612

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.