**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ALISON MYERS, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:08-CV-03619 |
| ) | |
| BP AMERICA, INC., a Delaware corporation, ) | Honorable William T. Hart |
| BP PRODUCTS NORTH AMERICA, INC., a ) | Magistrate Arlander Keys |
| Maryland corporation, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendants BP America Inc. and BP Products North America Inc. ("Defendants"), by their attorneys, move the Court for an additional twenty-one (21) days to file an answer or other pleading. In support of their motion, Defendants state as follows:

1.  The Complaint in this case was filed on June 25, 2008 and was served on Defendants the same day. The Complaint contains 120 paragraphs and is twenty-seven (27) pages long, plus attachments.

2.  Pursuant to the Court's June 25, 2008 minute order, Defendants' answer is due on July 15, 2008.

3.  Given the length and complexity of the Complaint, Defendants cannot, with due diligence, prepare a response or other pleading by July 15, 2008. Defendants' counsel require additional time to consult with Defendants, investigate Plaintiff's claims alleged in the Complaint, and/or to make a determination as to whether there are appropriate grounds in which to move to dismiss all or part of the Complaint.

-2-

    4.    Therefore, Defendants request an additional twenty-one (21) days, to and including August 5, 2008, in which to file their answer or other response.

    5.    This is the first and only extension of time that has been requested by Defendants in this matter.

    6.    This motion is made in good faith and is not filed for the purpose of causing delay.

    7.    On July 9, 2008, Defendants' counsel, Michelle Mellinger, contacted Plaintiff's counsel, Joseph Kish, regarding Defendants' motion for an extension of time. Plaintiff's counsel stated that Plaintiff did not have any objection to Defendants' motion.

WHEREFORE, Defendants BP America Inc. and BP Products North America Inc. respectfully request that the Court grant Defendants an additional twenty-one (21) days, to and including August 5, 2008, to file their answer to the Complaint.

                                      Respectfully submitted,

                                      BP AMERICA INC. and
                                      BP PRODUCTS NORTH AMERICA INC.

                                      By /s/ Michelle K. Mellinger
                                          One of Their Attorneys

Thomas J. Piskorski
Michelle K. Mellinger
131 S. Dearborn Street, Suite 2400
Chicago, Illinois  60603
(312) 460-5000 (telephone)
(312) 460-7000 (facsimile)

July 9, 2008

## **CERTIFICATE OF SERVICE**

The undersigned attorney of record certifies that she caused a true and correct copy of the foregoing DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD, to be served upon the following counsel of record via electronic filing CM/ECF this 9th day of July, 2008:

>Joseph L. Kish
>Trisha M. Cole
>Synergy Law Group, L.L.C.
>730 West Randolph St., 6th Floor
>Chicago, Illinois 60661

/s/ Michelle K. Mellinger
Michelle K. Mellinger