IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALISON MYERS, an individual, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:08-CV-03619 ) |
| BP AMERICA, INC., a Delaware corporation, BP PRODUCTS NORTH AMERICA, INC., a Maryland corporation, | ) Honorable William T. Hart ) Magistrate Arlander Keys ) ) |
| Defendants. | ) ) |

## NOTICE OF MOTION

To: Joseph L. Kish
Trisha M. Cole
Synergy Law Group, L.L.C.
730 West Randolph St., 6th Floor
Chicago, Illinois 60661

PLEASE TAKE NOTICE that on Wednesday, July 16, 2008, at 11:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Hart or whomever may be sitting in his stead, in the United States District Court for the Northern District of Illinois in the Eastern Division located at 219 S. Dearborn, Chicago, Illinois, and present the attached DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD, a copy of which is attached and served upon you.

Respectfully submitted,

BP AMERICA INC. and
BP PRODUCTS NORTH AMERICA INC.


By /s/ Michelle K. Mellinger
    One of Their Attorneys

Thomas J. Piskorski
Michelle K. Mellinger
131 S. Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5000 (telephone)
(312) 460-7000 (facsimile)
July 9, 2008

CH2 20218018.1