IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALISON MYERS, an individual, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BP AMERICA, INC., a Delaware corporation, )<br>BP PRODUCTS NORTH AMERICA, INC., a )<br>Maryland corporation, )<br>)<br>Defendants. ) | Case No. 1:08-CV-03619<br><br>Honorable Matthew F. Kennelly<br>Magistrate Arlander Keys |

## AMENDED NOTICE OF MOTION

To:  Joseph L. Kish
 Trisha M. Cole
 Synergy Law Group, L.L.C.
 730 West Randolph St., 6th Floor
 Chicago, Illinois 60661

   PLEASE TAKE NOTICE that on Wednesday, July 16, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Kennelly or whomever may be sitting in his stead, in the United States District Court for the Northern District of Illinois in the Eastern Division located at 219 S. Dearborn, Chicago, Illinois, and present the attached DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD, a copy of which is attached and served upon you.

Respectfully submitted,

BP AMERICA INC. and
BP PRODUCTS NORTH AMERICA INC.


By /s/ Michelle K. Mellinger
   One of Their Attorneys

Thomas J. Piskorski
Michelle K. Mellinger
131 S. Dearborn Street, Suite 2400
Chicago, Illinois  60603
(312) 460-5000 (telephone)
(312) 460-7000 (facsimile)
July 11, 2008

CH2 20218018.2

## **CERTIFICATE OF SERVICE**

The undersigned attorney of record certifies that she caused a true and correct copy of the foregoing AMENDED NOTICE OF MOTION to be served upon the following counsel of record via electronic filing CM/ECF this 11th day of July, 2008:

>Joseph L. Kish
>Trisha M. Cole
>Synergy Law Group, L.L.C.
>730 West Randolph St., 6th Floor
>Chicago, Illinois 60661

>/s/ Michelle K. Mellinger
>Michelle K. Mellinger