# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3619 | **DATE** | 7/28/2008 |
| **CASE TITLE** | Alison Myers vs. B P America, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Status hearing set to 9:00 a.m. on **August 27, 2008** before Judge Kennelly, in Chambers, Room 2188. Parties are to review and comply with Judge Kennelly's standing initial order, which may be found on his web page, located http://www.ilnd.uscourt.gov at http://www.ilnd.uscourts.gov/JUDGE/KENNELLY/mfkpage.htm. Counsel for plaintiff (s) are ordered to cause a copy of this order to be delivered forthwith to each defendant in the same manner that summons has been or is being served on each defendant.

| | Courtroom Deputy Initials: | DS |
|---|---|---|

Case 1:08-cv-03619　Document 18　Filed 07/28/2008　Page 1 of 1

08C3619 Alison Myers vs. B P America, Inc., et al.　　　　　　　　　　　　　　Page 1 of 1