# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Alison Myers

                Plaintiff,

v.                                          Case No.: 1:08–cv–03619
                                                Honorable Matthew F. Kennelly

BP America, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 4, 2008:

     MINUTE entry before the Honorable Matthew F. Kennelly:By request of the parties, status hearing set for 8/27/2008 is vacated, and reset to 9/10/2008 at 09:00 AM. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.