Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3619 | **DATE** | 8/22/2008 |
| **CASE TITLE** | Myers vs. BP America | | |

**DOCKET ENTRY TEXT**

The motion of W. Richmond Malone for leave to appear pro hac vice is granted.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DS |
|---|---|---|